UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**ROBERT KEITH CLEARY**                    CASE NO. **09-10220-3F7**
**STACEY VICTORIA CLEARY**

Debtors.

_____

### TRUSTEE'S OBJECTION TO CLAIM 1

---

#### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 30 days from the date the paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 N. Hogan St., 3rd floor, Ste. 3-350, Jacksonville, Florida 32202, and serve a copy on the movant's attorney at his address indicated below.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

The trustee, **GREGORY K. CREWS**, objects to Claim 1, filed by Tax Collector, Clay County, as a secured claim for $3,312.95, on the ground that the security has not been liquidated or valued in accordance with §506(a) of the Bankruptcy Code. The claim should be disallowed without prejudice to any right of claimant in any collateral it may hold. (c) (d)

I HEREBY CERTIFY that on July 19, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to the U. S. Trustee and Joshua Tejes, Equire. I further certify that I mailed a copy of the foregoing document by first class mail to the following non-CM/ECF participants:

Tax Collector, Clay County
P.O. Box 218
Green Cove Springs, Florida 32043

Robert and Stacy Cleary
1811 Hollow Glenn Drive
Middleburg, Florida 32068

_____
**GREGORY K. CREWS**
**Attorney for Trustee**
**Florida Bar No. 172772**
**8584 Arlington Expressway**
**Jacksonville, Florida 32211**
**(904) 354-1750**